# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE PEREZ, on behalf of himself, all others similarly situated, and the general public,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>PERFORMANCE FOOD GROUP, INC., a Colorado corporation; VISTAR TRANSPORTATION, LLC, a Delaware limited liability company; ROMA FOOD ENTERPRISES, INC., a California corporation; and DOES 1-50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:17-cv-07128-MWF-JPR<br><br>**ORDER REGARDING JOINT STIPULATION AND MOTION REGARDING SCHEDULED DATES AND DEADLINES [31]** |

　　　This matter is before the Court on the parties' Joint Stipulation and Motion Regarding Scheduled Dates and Deadlines (the "Motion"). Having considered the joint representation of the parties, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. Accordingly, the schedule set forth in the Court's Preliminary Approval Order (ECF No. 30) shall be amended as follows:

///

///

| Mailing of Postcard Notice (which shall not include Emailing Notice) | March 25, 2019 |
|---|---|
| Objection Deadline | May 9, 2019 |
| Request for Exclusion Deadline | May 9, 2019 |
| Deadline for Filing Motion for Attorney Fees | April 25, 2019 |
| Deadline for Filing Motion for Final Approval | April 25, 2019 |
| Final Approval Hearing | June 3, 2019 at 10:00 a.m. |

To the extent not amended herein, the Court's Preliminary Approval Order (ECF No. 30) shall remain in full force and effect.

IT IS SO ORDERED.

Dated: February 19, 2019

_____
Hon. Michael W. Fitzgerald
United States District Judge